FILED
HARRISBURG, PA
APR 01 2025
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUNIOR JACKSON

_____

(Enter above the full name of plaintiff in this action)

CIVIL CASE NO: 3:25-CV-582-PJC
(to be supplied by Clerk of the District Court)

v.

D.A Drew Krowiak,
Joseph Gianacopoulos,
James Petrucci detectives

(Enter above the full name of the defendant(s) in this action)

COMPLAINT

1. The plaintiff JUNIOR JACKSON a citizen of the County of LACKAWANNA State of Pennsylvania, residing at 1371 N. Washington ave, Scranton PA 18509 wishes to file a complaint under Civil Rights 440/550 OR 1983 (give Title No. etc.)

2. The defendant is A citizen of the County LACKAWANNA of Pennsylvania and are civil servants.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) ON OR AROUND

3. The two open cases are in the same county. I, plaintiff posted bail three times. The defendants violated my due process, Fifth and Fourteeth Amendments of the United States Constitution. The defendants stole the plaintiff money from the bond posted, which is theft and also Eigth Amendment violation, as in cruel and unusual punishment, also it's "Intentional Infliction to cause or bring about harm and Emotional Distress." It's also a deliberate indifference. I the plaintiff have also been harass and targeted by the defendants for over the course of (15) years the defendants are exploiting my disease "substance use disorder" and instead of trying to rehabilitate with rehabs or drug-court they, the defendants civil servants who are suppose to provide civil service to the citizens of this State choose to display unethical and unconstitutional misconducts. The defendants are also very racist, "it's the culture of the badge" quoted by former employee and detective Thomas McDonald. I am in fear of my life, my civil liberty has been violated by these actors under color of state law. I, the plaintiff suffer from night

terrors, PTSD and high anxiety not to mention my civil liberty and theft. I want it to stop, the defendants D.A Krowiak also is a co-conspirator by not awarding me legal representation for (90) days. Due process violation. The defendants are the moving force behind my civil rights violations, its also slander because, the publication is the bail violation papers. I the plaintiff never went anywhere after I posted the bail to violate. As written by the publisher, the "defendants" and the special harm is my civil rights being violated.

3. (CONTINUED) July or August of 2024, I the plaintiff posted a $50,000 bond through Liberty Bonds out of Monroe County, Pennsylvania for a criminal complaint out of Lackawanna County for a Failure to Appear docket 23-CR-672 and 23-CR-429. The defendants lied to the Hon. M.J. Barrasse and made it seem like the plaintiff posted bail already and was free and had to be apprehended. I, the plaintiff was in custody the whole time

4. WHEREFORE, plaintiff prays that United States District Courts who has jurisdiction over any United States Constitutional violations please grant this prayer for relief and "Preliminary Injuction" for Lackawanna County D.A. office and Detectives to stop Harassing me and violating my constitutional

_____
(Signature of Plaintiff)

JUNIOR JACKSON
(Printed Name of Plaintiff)

1371 N Washington
Scranton PA 18509
(Address of Plaintiff)

_____
(Phone Number of Plaintiff)

4. Rights. I hope and pray that this District Courts of the United States grants relief that this Honorable Courts deem, just and proper.



Lackawanna County Prison
NAME Junior Jackson
BOOKING# 2024-01854
P.O. BOX 247
Phoenix MD 21131

**CONTENTS MAILED FROM CORRECTIONAL FACILITY**

RECEIVED
HARRISBURG, PA
APR 01 2025
DEPUTY CLERK

17102-110401

Peter J Welsh
1501 N 6th St
Suite 101
Harrisburg PA 17102

HARRISBURG PA 171
29 MAR 2025 PM 1 L